# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN VERDUGO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLUESCOPE BUILDING NORTH AMERICA, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-01067-ADA-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO FILE AMENDED COMPLAINT AND CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 4, 8) |

A scheduling conference is set in this matter for October 27, 2022. (ECF No. 4.) On September 30, 2022, the parties filed a stipulation to file a first amended complaint, and extend the time to file a responsive pleading. (ECF No. 8.) The Court finds good cause to grant the stipulated motion, and shall additionally continue the scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion (ECF No. 8) is GRANTED;

2. Plaintiff shall file the first amended complaint within ten (10) days of entry of this order;

3. Defendants' responsive pleading shall be due thirty (30) days after the first amended complaint is filed;

4. The scheduling conference set for October 27, 2022, is CONTINUED to **December 6, 2022, at 2:30 p.m.** in Courtroom 9; and

1

5. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference

IT IS SO ORDERED.

Dated:  **October 3, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

2