# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN VERDUGO,<br><br>   Plaintiff,<br><br> v.<br><br>BLUESCOPE BUILDING NORTH AMERICA, INC., et al.,<br><br>   Defendants. | Case No. 1:22-cv-01067-ADA-SAB<br><br>ORDER VACATING SCHEDULING CONFERENCE AND REQUIRING PARTIES TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT<br><br>(ECF Nos. 14, 17)<br><br>**DEADLINE: NOVEMBER 10, 2023** |

  This case proceeds as a putative class action. A scheduling conference was initially held on January 10, 2023, at which, the parties informed the Court of a pending mediation. (ECF No. 14.) The Court continued the scheduling conference until September 11, 2023. (Id.)

  On September 7, 2023, the parties filed a stipulated request to continue the scheduling conference until November 10, 2023, or after, in light of the fact that the parties reached a settlement, and to allow the parties to file a motion for approval of the class settlement. (ECF No. 17.) Based on the proffered settlement of this action, the Court shall vacate, instead of continue, the scheduling conference, and shall order the parties to file the motion for preliminary approval of the settlement by a date certain. If the parties require additional time, they shall file a request for an extension of the deadline prior to the expiration.[1]

---

[1] Given the parties' reached a settlement in this action in the mediation well before the continued scheduling conference, the parties should have informed the Court at an earlier date of the tentative settlement and forthcoming motion for approval, as the Court has limited calendar availability.

Accordingly, it is HEREBY ORDERED that:

1. The scheduling conference currently set for September 11, 2023, is VACATED; and

2. The parties shall file a motion for preliminary approval of the class settlement on or before **November 10, 2023**.

IT IS SO ORDERED.

Dated:  **September 8, 2023**

UNITED STATES MAGISTRATE JUDGE