UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN VERDUGO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLUESCOPE BUILDING NORTH AMERICA, INC. et al.,<br><br>　　　　Defendants. | No. 1:22-cv-01067-ADA-SAB<br><br>ORDER GRANTING STIPULATION TO REMAND ACTION TO TULARE COUNTY SUPERIOR COURT<br><br>(ECF No. 19) |

On August 23, 2022, Defendants Bluescope Building North America, Inc. et al., ("Bluescope") removed this action from Tulare County Superior Court. (ECF No. 1.) After conferring with a mediator, Plaintiff and Defendants Bluescope filed a joint stipulation on November 10, 2023. (ECF No. 19.) In that stipulation, Plaintiff and Defendant Bluescope agree that the action should be remanded to state court. (ECF No. 19 at 2.)

Accordingly,

1. This matter is remanded to the Superior Court for the State of California, County of Tulare;

2. All deadlines, dates, and events in this action are vacated;

///

1

3. Each party shall bear its own attorney's fees and costs with respect to the removal and subsequent remand of this action; and

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   November 14, 2023

_____
UNITED STATES DISTRICT JUDGE